IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARK UNTERREINER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 4:20-CV-702 CDP |
| | ) |
| DXC TECHNOLOGY SERVICES, LLC | ) |
| | ) |
| Defendant. | ) |
| | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), it is hereby stipulated and agreed, by and between the parties, that this action is dismissed with prejudice.  This dismissal with prejudice includes all claims asserted by Plaintiff.  Each party is to bear his or its own costs and attorneys' fees.

Respectfully Submitted,

SEDEY HARPER WESTHOFF, P.C.
Attorneys for Plaintiff

*/s/ Benjamin F. Westhoff*

Benjamin F. Westhoff, #53047MO
Donna L. Harper, #26406 MO
2711 Clifton Avenue
St. Louis, MO 63139
314/773-3566
314/773-3615 (fax)
bwesthoff@sedeyharper.com
dharper@sedeyharper.com

1

## **CERTIFICATE OF SERVICE**

 The undersigned attorney hereby certifies that on February 16, 2021, a true and correct copy of the foregoing was served via the Court's electronic case filing system on the following:

 Sonni Fort Nolan, #48636 MO
 sonni.nolan@huschblackwell.com
 Larissa M. Whittingham, #69417 MO
 larissa.whittingham@huschblackwell.com
 HUSCH BLACKWELL, LLP
 190 Carondelet Plaza, Suite 600
 St. Louis, MO  63105
 Telephone: 314.480-1963
 Attorneys for Defendant

             */s/ Benjamin F. Westhoff*